DAVIS *et al.* v. SHROPSHIRE, *executrix, et al.*

ATKINSON, Justice. The sole exception in this case is to a judgment refusing a motion to remove the cause to the United States Court for the Northern District of Georgia, Rome Division. The facts are fully set forth in *Davis* v. *Shropshire, ante.,* where the same case was before this court on a plea to the jurisdiction. Under the ruling there made, the trial court was without jurisdiction of the subject-matter, and it necessarily follows that the court erred in refusing the motion to remove the cause to the Federal court.

*Judgment reversed. All the Justices concur, except Wyatt, J., who took no part in the consideration or decision of this case.*

No. 16177. MARCH 19, 1948.

*Elijah A. Brown* and *Otey B. Mitchell* for plaintiffs in error. *Graham Wright,* contra.